UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

:

JUAN FRANCISCO SANCHEZ CONTRERAS,  :

:

Petitioner,  :

:

-v-  :

:

ORANGE COUNTY IMMIGRATION  :
FACILITY,  :

:

Respondent.  :

:

------------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/2026

1:26-cv-3530-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

Petitioner, through next friend Rosmaydi Peralta Manzanillo, has filed a petition for the writ

of *habeas corpus* under 28 U.S.C. § 2241.  The Court, having examined the petition, hereby ORDERS

that:

(1) Within **two business days of the date of this Order**, Respondent shall file a letter with the
following information:

  a. whether Petitioner was, as the petition alleges, *see* ECF No. 1 ¶ 2, located in the
  Southern District of New York at the time that the Petition was filed and, if not,
  what District Petitioner was in at the time of filing and whether the petition should
  be immediately transferred to that District, *see, e.g.*, *Öztürk v. Hyde*, 136 F.4th 382,
  391-92 (2d Cir. 2025); *Khalil v. Joyce*, 771 F. Supp. 3d 268 (S.D.N.Y. 2025);

  b. Petitioner's A-number, nationality, current place of detention, and a contact person
  who can facilitate prospective counsel's access to Petitioner;

  c. the statutory provision(s) under which Respondent asserts the authority to detain
  Petitioner;

  d. if the asserted basis for Petitioner's detention is 8 U.S.C. § 1225(b)(2)(A), whether
  there is any basis to distinguish this case from *Cunha v. Freden*, No. 25-3141-PR, 2026
  WL 1146044 (2d Cir. Apr. 28, 2026);

  e. a copy of any final order of removal; and

  f. any information regarding the procedural posture of any pending Department of
  Homeland Security or Executive Office for Immigration Review proceedings.

Upon receipt of Respondent's letter, the Court will issue a briefing schedule as appropriate.

**CONCLUSION**

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order.

Within **two business days of the date of this Order**, Respondent shall file a letter with the Court with the information described in this order.

The Court directs the Clerk of Court to mail a copy of this order to Petitioner at the address listed on the docket sheet for this action and to next friend Rosmaydi Peralta Manzanillo.[1]

The Court also directs the Clerk of Court to mail Petitioner and Rosmaydi Peralta Manzanillo an information package.

SO ORDERED.

Dated:    April 29, 2026
          New York, New York

_____
GREGORY H. WOODS
United States District Judge

---

[1] Rosmaydi Peralta Manzanillo may receive court documents by email by completing the form, Consent to Electronic Service (https://nysd.uscourts.gov/sites/default/files/2021-03/Consent_Pro-Se_Eservice-form.pdf). If Rosmaydi Peralta Manzanillo consents to receive documents by email, she will no longer receive court documents by regular mail.