UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/2026

------------------------------------------------------------------ X
                                                                   :
JUAN FRANCISCO SANCHEZ CONTRERAS,                                  :
                                                                   :
                                        Petitioner,                :          1:26-cv-3530-GHW
                                                                   :
                          -v-                                      :          ORDER
                                                                   :
ORANGE COUNTY IMMIGRATION                                          :
FACILITY,                                                          :
                                                                   :
                                        Respondent.                :
                                                                   :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

The Court has received the response to the Court's April 29, 2026 order.  The Government indicated in its response that it is seeking clarification and further documentation from Immigration and Customs Enforcement about Petitioner's case.  Dkt. No. 6.  The Government is directed to provide a further update with the information they are seeking by May 15, 2026.

The Clerk of Court is directed to mail a copy of this letter to Petitioner and next friend Rosmaydi Peralta Manzanillo.

SO ORDERED.

Dated: May 4, 2026

_____
GREGORY H. WOODS
United States District Judge