```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/13/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                          :

JUAN FRANCISCO SANCHEZ CONTRERAS,   :

                          :

              Petitioner,  :          1:26-cv-3530-GHW

                          :

          -v-            :           ORDER

                          :

ORANGE COUNTY IMMIGRATION     :
FACILITY,

                          :

            Respondent.  :

                          :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On April 28, 2026, Petitioner Juan Francisco Sanchez Contreras, proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Dkt. No. 1.  The petition was signed by Rosmaydi Peralta Manzanillo, not by Mr. Contreras himself.  *Id.* at 8.  On April 29, 2026, the Court ordered Ms. Manzanillo to submit a sworn affidavit by no later than May 5, 2026 setting forth the factual bases for the Court to conclude that she has next friend standing to file a petition on Mr. Contreras's behalf.  Dkt. No. 5.  As the Court explained in that order, "[w]hen the application for habeas corpus filed by a would be 'next friend' does not set forth an adequate reasons or explanation of the necessity for resort to the 'next friend device,' the court is without jurisdiction to consider the petition."  *In re Flynn*, No. 25-CV-655, 2025 WL 1426094, at *2 (D. Conn. May 16, 2025) (internal quotations omitted) (quoting *Pritchard v. Jones*, No. 24-CV-1103, 2024 WL 3595923, at *1 (D. Conn. July 31, 2024)).

Because Ms. Manzanillo has not submitted a sworn affidavit, the Court cannot conclude that she has standing to bring this action as next friend to Petitioner or that the Court has jurisdiction over this petition.  Accordingly, this action is hereby dismissed for lack of subject matter jurisdiction.

The Clerk of Court is directed to close this case and mail a copy of this order to Petitioner and to Rosmaydi Peralta Manzanillo at the address listed on the docket sheet for this action.

SO ORDERED.

Dated:    May 13, 2026
          New York, New York

_____
GREGORY H. WOODS
United States District Judge