**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JUAN FRANCISCO SANCHEZ CONTRERAS,

                     Petitioner,

      -against-                                    26 **CIVIL 3530** (GHW)

                                                    **JUDGMENT**

ORANGE COUNTY IMMIGRATION
FACILITY,

                     Respondent.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 13, 2026, this action is hereby dismissed for lack of subject matter jurisdiction; accordingly, this case is closed.

**Dated:** New York, New York

     May 14, 2026

                                            **TAMMI M. HELLWIG**
                                         _____
                                             **Clerk of Court**

                          **BY:**
                                    _____
                                    **Deputy Clerk**